IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVID LUIS TORRES,**

    **Plaintiff,**

vs.                                                                         CIV No. 1:23-398 KRS

**KILOLO KIJAKAZI, Acting Commissioner**
**of the Social Security Administration,**

    **Defendant.**

## **JUDGMENT**

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
HONORABLE KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE